**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| ANJUAN HENRY,<br><br>Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-00284<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

**NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION**

Defendant filed a Motion to Dismiss your Complaint on September 9, 2026. (Doc. No. 6.) In the Motion, Defendant asks the Court to immediately resolve the claims against it without a trial or any further proceedings. You should soon receive a copy of the Motion in the mail from Defendant's attorney.

You must file your Response to Defendant's Motion by **October 5, 2026**. If circumstances beyond your control prevent you from meeting this deadline, you must **IMMEDIATELY** file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to Defendants' Motion, the Court may grant it and dismiss some or all of your case**.

Your Response must include a Certificate of Service confirming that it was served on Defendant's attorney. *See* Fed. R. Civ. P. 5; S.D. Ohio Civ. R. 5.2. Please review and become familiar with the Federal Rules of Civil Procedure, this Court's Local Rules, and A Guide for Pro Se Civil Litigants: Representing Yourself in the United States District

Court for the Southern District of Ohio. These materials are available on the Court's website (https://www.ohsd.uscourts.gov/pro-se).

You are **ADVISED** that you must keep this Court informed of your current mailing address while this case is pending. If you do not, you may miss deadlines and important instructions, which may cause the Court to dismiss the case for failure to prosecute.

*s/Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge